No. 2. ARÉVALO ET AL *v.* OLIVIERI.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided February 2, 1901. The appeal was declared abandoned by reason of the failure of the appellant to appear. *Mr. Bosch*, for respondent.

---

No. 27. BOLÍVAR *v.* SUCCESSION OF VILA.—Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided February 26, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant. *Mr. José Tous Soto*, for respondent.

---

No. 11. BARTOLOMEY *v.* OLIVARI ET AL.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided April 10, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant. *Mr. José Guzmán Benítez*, for respondent.

---

No. 72. BLANES *v.* HERENCIA.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided April 19, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant.

---

No. 13. MARTÍNEZ *v.* SCHULZE & Co.—Appeal in cassation from the District Court of Mayagüez. Decided April 19, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant. *Mr. Hidalgo*, for respondent.